B1 (Official Form 1) (04/13)

| United States Bankruptcy Court<br>Southern District of New York | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Nguyen Custom Woodworkig LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all):<br>**51-0601398** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**90 Courter Avenue**<br>**Yonkers, NY 10705**           ZIP CODE **10705-0000** | Street Address of Joint Debtor (No. & Street, City, and State):           ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**Westchester** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):           ZIP CODE | Mailing Address of Joint Debtor (if different from street address):           ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): **780 East 134th Street 5th Floor Bronx, NY 10454** | |

| Type of Debtor<br>(Form of Organization)<br>(Check one box.) | Nature of Business<br>(Check one box.) | Chapter of Bankruptcy Code Under Which<br>the Petition is Filed (Check one box) |
|---|---|---|
| ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*<br>☑ Corporation (includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.) | ☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>☑ Other | ☐ Chapter 7<br>☐ Chapter 9<br>☑ Chapter 11<br>☐ Chapter 12<br>☐ Chapter 13<br>☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding<br>☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding |

| Chapter 15 Debtors | Tax-Exempt Entity<br>(Check box, if applicable.) | Nature of Debts<br>(Check one box) |
|---|---|---|
| Country of debtor's center of main interests:<br>Each country in which a foreign proceeding by, regarding, or against debtor is pending: | ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code). | ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."   ☑ Debts are primarily business debts. |

| Filing Fee (Check one box.) | Check one box:   **Chapter 11 Debtors** |
|---|---|
| ☑ Full Filing Fee attached<br>☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.<br>☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B. | ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).<br>☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).<br>**Check if:**<br>☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*<br>---<br>**Check all applicable boxes:**<br>☐ A plan is being filed with this petition.<br>☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b). |

| Statistical/Administrative Information | THIS SPACE IS FOR COURT USE ONLY |
|---|---|
| ☑ Debtor estimates that funds will be available for distribution to unsecured creditors.<br>☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors. | |

Estimated Number of Creditors

| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1) (04/13)          **Page 2**

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Nguyen Custom Woodworkig LLC** |
|---|---|

### All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.)

| Location Where Filed: - **None** - | Case Number: | Date Filed: |
|---|---|---|
| Location Where Filed: | Case Number: | Date Filed: |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet.)

| Name of Debtor: - **None** - | Case Number: | Date Filed: |
|---|---|---|
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>X /s/ Arlene Gordon-Oliver, Esq.    May 26, 21015<br>Signature of Attorney for Debtor(s)    (Date) |

### Exhibit C
Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

☑ No

### Exhibit D
(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

    ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

    ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box.)

☑ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes.)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

    _____
    (Name of landlord that obtained judgment)

    _____
    (Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1) (04/13)                                                                                                                      Page 3

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Nguyen Custom Woodworkig LLC** |
|---|---|

## Signatures

| **Signature(s) of Debtor(s) (Individual/Joint)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct.<br>[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.<br>[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).<br><br>I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X _____<br>Signature of Debtor<br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | **Signature of a Foreign Representative**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.<br>(Check only one box.)<br><br>☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. § 1515 are attached.<br><br>☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.<br><br>X _____<br>(Signature of Foreign Representative)<br><br>_____<br>(Printed Name of Foreign Representative)<br><br>_____<br>Date |
| **Signature of Attorney\***<br>X **/s/ ARLENE GORDON-OLIVER, ESQ.**<br>Signature of Attorney for Debtor(s)<br>**ARLENE GORDON-OLIVER, ESQ.**<br>Printed Name of Attorney for Debtor(s)<br>**Arlene Gordon-Oliver & Associates, PLLC.**<br>Firm Name<br>**199 Main Street**<br>**Suite 203**<br>**White Plains, NY 10601**<br>Address<br>        Email:ago@gordonoliverlaw.com<br>**(914) 683-9750 Fax:(914) 683-9754**<br>Telephone Number<br>**May 26, 2015**<br>Date<br><br>*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | **Signature of Non-Attorney Bankruptcy Petition Preparer**<br><br>I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br>X _____<br><br>_____<br>Date |
| **Signature of Debtor (Corporation/Partnership)**<br>I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br>X **/s/ Tony Nguyen**<br>Signature of Authorized Individual<br>**Tony Nguyen**<br>Printed Name of Authorized Individual<br>**Managing Member**<br>Title of Authorized Individual<br>**May 26, 2015**<br>Date | Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose social security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual<br><br>If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.* |

ARLENE GORDON-OLIVER & ASSOCIATES, PLLC.
Proposed Attorneys for the Petitioner
199 Main Street, Suite 203
White Plains, New York 10601
(914) 683-9750

Arlene Gordon-Oliver, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

Nguyen Custom Woodworking, LLC

              Chapter 11
              Case No. _____(__)

Tax Id. No. 51-0601398
         Petitioner
------------------------------------------------------------------X

## AFFIDAVIT PURSUANT TO LOCAL BANKRUPTCY RULE 1007-2

STATE OF NEW YORK   )
            ) ss.:
COUNTY OF NEW YORK  )

   Tony Nguyen, deposes and says:

   1.  I am the Managing Member of Nguyen Custom Woodworking, LLC, a corporation organized in the State of New York with an office address at 90 Courter Avenue, Yonkers, New York 10705 ("Petitioner"). I submit this Affidavit pursuant to Local Bankruptcy Rule 1007-2.

### Local Rule 1007-2(a)(1)

   2.  Petitioner is a closely held corporation that was established on September 18, 2006 by Tony Nguyen its Managing Member.

   3.  Petitioner operates a Millwork, fabrication and installation business out of

1

premises located at 780 East 134th Street, 5th Floor, Bronx, New York 10454 which it leases from a third party, IG Montague Corp.

4. Petitioner fell into its financial difficulties as a result of its inability to resolve its issues with the Union for benefits alleged to be due and owing to the Benefits Fund on behalf of Petitioner's employees.

5. As a result of its dispute with the Union which resulted in an Opinion and Award of Arbitrator, Petitioner was unable to keep current with its obligations.

6. Petitioner therefore seeks an opportunity in the Bankruptcy Court to arrive at an agreement with the Union and to pay its creditors.

7. Petitioner therefore filed the instant Chapter 11 proceeding in order to preserve its assets for the benefit of all of its creditors.

**Local Rule 1007-2(a)(2)**

8. This case was not originally commenced under Chapter 7 or 13 of the Bankruptcy Code.

**Local Rule 1007-2(a)(3)**

9. No committee was organized prior to the filing of this case.

**Local Rule 1007-2(a)(4)**

10. A schedule of the Petitioner's 20 largest unsecured creditors is annexed hereto as Exhibit "A".

**Local Rule 1007-2(a)(5)**

11. A schedule of the Petitioner's secured creditors is annexed hereto as Exhibit "B".

2

## Local Rule 1007-2(a)(6)

12. A summary of the Petitioner's assets and liabilities is annexed as Exhibit "C".

## Local Rule 1007-2(a)(7)

13. The Petitioner does not have any publicly held shares of stock, debentures or other securities.

## Local Rule 1007-2(a)(8)

14. Petitioner's property is not in the possession of a receiver, trustee or court appointed referee.

## Local Rule 1007-2(a)(9)

The Petitioner has offices at 90 Courter Avenue, Yonkers New York and 780 East 134th Street, 5th Floor, Bronx, New York where it also operates its business.

## Local Rule 1007-2(a)(10)

15. The Petitioner's substantial assets are comprised of certain accounts receivables owed to Petitioner, along with inventory and equipment used in its business.

## Local Rule 1007-2(a)(11)

11. As of the filing date the following actions were pending: Arbitration between The New York District Council of Carpenter Pension Fund et al. (Petitioners) v. Nguyen Custom Woodworking LLC (Respondent) (Opinion and Award of Arbitrator)

## Local Rule 1007-2(a)(12)

12. The Petitioner's management is comprised of Tony Nguyen.

3

**Local Rule 1007-2(b)(1)**

13.     Petitioner has 10 non officer employees. The estimated payroll to employees (exclusive of officers, directors, stockholders and partners) for the thirty (30) day period following the filing of the chapter 11 petition is $57, 290.24.

**Local Rule 1007-2(b)(2)**

14.     The estimated amount to be paid for services to its officers of Petitioner for the thirty (30) day period following the filing of the Chapter 11 petition is $21,136.00.

**Local Rule 1007-2(b)(3)**

15.     The estimated schedule of cash receipts and disbursements for the thirty (30) day period following the filing of the Chapter 11 petition, net cash gain or loss, obligations and receivables expected to accrue but remaining unpaid, other than professional fees are set forth herein as Exhibit "D".

**Conclusion**

16.     In addition to the foregoing, a copy of the corporate resolution authorizing the filing of the instant Chapter 11 petition is annexed as Exhibit "E".

17.     A list of all officers, shareholders and board of directors is annexed as Exhibit "F".

18.     The Petitioner believes it is in the best interests of all of its creditors that it be afforded an opportunity to reorganize its obligations in Chapter 11.

19.     The needs and interests of the Petitioner and its creditors will best be

4

served by the Petitioner's possession of its assets and management of its affairs as a Debtor-in-Possession under Chapter 11 until confirmation of a Plan.

20. Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the foregoing is true and correct.

/s/ Tony Nguyen
Tony Nguyen, Managing Member

Sworn To Before Me This
26th day of May, 2015

/s/ Ricardo Del Valle

NOTARY PUBLIC-STATE OF NEW YORK
NO. 01DE5022785
Qualified in Bronx County
Commission Expires Jan 18, 2018

## EXHIBIT "A"
## TWENTY LARGEST UNSECURED CREDITORS*

| NAME | AMOUNT OWED |
|---|---|
| HSBC Bank<br>P.O. Box 9<br>Buffalo, New York 14240 | $88,700.00 |
| Chase Credit Card<br>P.O. Box 15298<br>Wilmington, DE 19886-5153 | $1599.21 |
| American Express<br>P.O. Box 981535<br>El Paso, Texas 79998-1535 | $7,068.00 |
| Rugby Honerkamp<br>500 Oak Point Avenue<br>Bronx, New York 10474 | $30,700.00 |
| Chinatown Lumber<br>131 Division Street<br>New York, New York 10002 | $13,352.00 |
| Trustees of the New York District Council of<br>Carpenter Benefit Funds<br>131 Division Street<br>New York, New York 10002 | $125,000.00 |
| New York District Council of<br>Carpenter Pension Fund<br>395 Hudson Street<br>New York, New York 10014 | $115,261.90 |
| John Nguyen<br>c/o Fred C. Russcol, P.C.<br>1 Barker Avenue<br>White Plains, New York 10601 | $169,729.60 |
| V & V Optical<br>Laurie Vu<br>3210 Broadway<br>New York, New York 10027 | $7,000.00 |

* List does not include insiders within the meaning of 11 U.S.C. Section 101(14)

6

7

## EXHIBIT "B"

## FIVE LARGEST SECURED CREDITORS

| **NAME** | **AMOUNT OWED** |
|---|---|
| Chrysler Capital<br>Attn: Bankruptcy Department<br>P.O. Box 961278<br>Fort Worth, Texas 6161-1278 | $20,000 |

7

# EXHIBIT "C"

## SUMMARY OF ASSETS AND LIABILITIES

**ASSETS**

| | |
|---|---|
| Cash | $ 4,000.00 |
| Accounts Receivable | $ 395,000.00 |
| Security Deposit (Landlord) | $ 20,000.00 |
| Inventory | $ 45,000.00 |
| Equipment | $ 20,000.00 |
| Automobile | $ 11,000.00 |
| **TOTAL ASSETS** | $ 495,000.00 |

**LIABILITIES**

| | |
|---|---|
| Accounts payable | $ 44,052.00 |
| Loans payable | $ 104,367.21 |
| Union Arbitration Award | $125,000.00 |
| Union benefits | $115,261.90 |
| Car Loans | $ 20,000.00 |
| Note Payable (John Nguyen) | $ 168,729.60 |
| **TOTAL LIABILITIES** | **$577,490.81** |

8

# EXHIBIT "D"

## SCHEDULE OF ESTIMATED CASH RECEIPTS AND DISBURSEMENTS FOR THE THIRTY DAY PERIOD FOLLOWING FILING OF THE CHAPTER 11 PETITION

**Income**

| | |
|---|---|
| **Total Income** | $150,000 |

**Expenses**

| | |
|---|---|
| Utilities | $2,669.29 |
| Telephone/cell phone | $521.34 |
| Rent Expense | $13,500.00 |
| Supplies and Materials | $26,500.00 |
| Auto lease | $706.97 |
| Officer Salaries | $21,136.56 |
| Workers Comp | $2,099.00 |
| Payroll | $57,290.24 |
| Liability Insurance | $ 2,444.00 |
| Union Benefits | $10,044.26 |
| Breakroom and Cleaning Supplies | $2,800.00 |
| Trash Services | $1,200.00 |
| Transportation Expenses | $5,500.00 |
| Office Supplies | $500.00 |
| Tool Maintenance Services | $2,250.00 |
| Machinery Maintenance Services | $ 800.00 |
| Employee Health Insurance | $1,250.00 |
| Postage | $250.00 |
| Shop Maintenance | $1,150.00 |
| **Total Expenses** | **$154,651.10** |

| | |
|---|---|
| **Net Income (Loss)** | **($ 4,651.10)** |

# EXHIBIT "E"

## CORPORATE RESOLUTION

The undersigned, Managing Member of NGUYEN CUSTOM WOODWORKING, LLC, does hereby certify that at a duly called meeting of the Members of NGUYEN CUSTOM WOODWORKING, LLC held on the 20th day of April, 2015, the following resolutions were adopted, and they have not been modified or rescinded, and are still in full force and effect:

RESOLVED, that in the judgment of the members of NGUYEN CUSTOM WOODWORKING, LLC, it is in the best interests of NGUYEN CUSTOM WOODWORKING, LLC, its creditors, limited partners, and other interested parties, that that its Managing Member be empowered to cause a petition under Chapter 11 of the Bankruptcy Code to be filed by NGUYEN CUSTOM WOODWORKING, LLC, upon such date, and in the event, in their discretion, such action should become necessary for the protection of NGUYEN CUSTOM WOODWORKING, LLC, and the preservation of its assets without further notice to the members of NGUYEN CUSTOM WOODWORKING, LLC; and it is further

RESOLVED, that the Managing Member of NGUYEN CUSTOM WOODWORKING, LLC, be and is hereby authorized on behalf of NGUYEN CUSTOM WOODWORKING, LLC, to execute and file all schedules, lists and other papers and to take any and all action which she may deem necessary or proper in connection with such proceedings under Chapter 11, and in that connection to retain and employ Arlene Gordon-Oliver & Associates, PLLC, and to retain and employ all assistance by other legal counsel or otherwise which she may deem necessary or proper with a view to the successful conclusion of such reorganization case.

**IN WITNESS WHEREOF,** I have hereunto set my hand, this 26th day of May 2015.

/s/ Tony Nguyen
Tony Nguyen, Managing Member

Sworn To Before Me This
26th day of May, 2015

/s/ Richardo Del Valle

NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE58022785
Qualified in Bronx County
Commission Expires Jan 18, 2018

10

## EXHIBIT "F"

## OFFICERS, DIRECTORS, SHAREHOLDERS
## AND AFFILIATES

**Officers:**   Tony Nguyen, Managing Member

**Directors:**   Tony Nguyen

**Affiliates:**   None

ARLENE GORDON-OLIVER & ASSOCIATES, PLLC
Proposed Attorneys for the Petitioner
199 Main Street, Suite 203
White Plains, New York 10601
(914) 683-9750

Arlene Gordon-Oliver, Esq.

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
In re:

NGUYEN CUSTOM WOODWORKING, LLC.

Chapter 11
Case No. _____ (__)

Tax Id. No. 51-0601398
          Petitioner
------------------------------------------------------------------X

## CERTIFICATION OF MATRIX

Tony Nguyen, being duly sworn, deposes and says that he is the Managing Member of Nguyen Custom Woodworking, LLC, the above-captioned Petitioner (the "Petitioner"), and that the within List of Creditors made pursuant to the Local Rules of this Court is true, complete and correct to the best of deponent's knowledge and, based upon information and belief, contains the names and post office address, including zip codes, of the Petitioner's creditors, and appropriate taxing authorities.

              /s/ *Tony Nguyen*
              Tony Nguyen, Managing Member

Sworn To Before Me This
26th day of May, 2015

/s/ Richardo Del Valle

NOTARY PUBLIC-STATE OF NEW YORK
No. 01DE58022785
Qualified in Bronx County
Commission Expires Jan 18, 2018

12

## **CREDITOR MATRIX**

OFFICE OF THE US TRUSTEE
SOUTHERN DISTRICT OF NEW YORK
33 WHITEHALL STREET, 21ST FLR
NEW YORK, NY 10004

NGUYEN CUSTOM WOODWORKING, LLC
90 COURTER AVENUE
YONKERS, NEW YORK 10705
ATTN: TONY NGUYEN, MANAGING MEMBER

INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101-7346

INTERNAL REVENUE SERVICE
290 BROADWAY, 5TH FLOOR
INSOLVENCY DEPT.
NEW YORK, NY 10008

NYS DEPT OF TAXATION & FINANCE
BANKRUPTCY/SPECIAL PROCEDURES
P.O. BOX 5300
ALBANY, NY 12205

NYS DEPT. OF TAXATION & FINANCE
INSOLVENCY SECTION
120 BROADWAY
NEW YORK, NY 10271

NYS DEPT. OF TAXATION & FINANCE
1740 BROADWAY, 17TH FL.
SUITE 1759
NEW YORK, NY 10019

NYS DEPT. OF TAXATION & FINANCE
WA HARRIMAN STATE OFFICE
BUILDING 8
ALBANY, NY 12240

SECURITY EXCHANGE COMM
THE WOOLWORTH BUILDING
233 BROADWAY- JOHN MURRAY
NEW YORK, NY 10279

13

UNITED STATES ATTORNEY
ONE ST. ANDREW'S PLAZA
CLAIMS UNIT-ROOM 417
NEW YORK, NY 10007

HSBC BANK
P.O. BOX 9
BUFFALO, NEW YORK 14240

CHASE CREDIT CARD
P.O. BOX 15298
WILMINGTON, DE 19886-5153

AMERICAN EXPRESS
P.O. BOX 981535
EL PASO, TEXAS 79998-1535

RUGBY HONERKAMP
500 OAK POINT AVENUE
BRONX, NEW YORK 10474

CHINATOWN LUMBER
131 DIVISION STREET
NEW YORK, NEW YORK 10002

TRUSTEES OF THE NEW YORK DISTRICT COUNCIL OF
CARPENTER BENEFIT FUNDS
131 DIVISION STREET
NEW YORK, NEW YORK 10002

NEW YORK DISTRICT COUNCIL OF
CARPENTER PENSION FUND
395 HUDSON STREET
NEW YORK, NEW YORK 10014

JOHN NGUYEN
C/O FRED C. RUSSCOL, P.C.
1 BARKER AVENUE
WHITE PLAINS, NEW YORK 10601

CHRYSLER CAPITAL
ATTN: BANKRUPTCY DEPARTMENT
P.O. BOX 961278
FORT WORTH, TEXAS 6161-1278

14

15

V & V OPTICAL
Attn: LAURIE VU
3210 BROADWAY
NEW YORK, NEW YORK 10027

15